UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL STANLEY,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.
_____/

Case No. 07-12451
DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
VIRGINIA M. MORGAN

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 16], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE 14], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 15]

On April 25, 2008, Magistrate Judge Morgan issued a Report and Recommendation recommending that Defendant's motion for summary judgment be granted, and Plaintiff's motion for summary judgment be denied. The Court has reviewed the record in this case. Plaintiff filed objections, but identifies no error of legal standard, nor any absence of "substantial evidence" to support the Administrate Law Judge's decision. *See Brainard v. Secretary of HHS*, 889 F.2d 679, 681 (6th Cir. 1989).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby ADOPTED and is entered as the findings and conclusions of the Court. Therefore,

IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED.

SO ORDERED.

                                                                              /s/ Arthur J. Tarnow
                                                                              ARTHUR J. TARNOW
                                                                              UNITED STATES DISTRICT JUDGE

Dated: 6-5-08